No. 11–1249. HIRSCHFIELD v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–1251. BOWERSOCK v. CITY OF LIMA, OHIO. Ct. App. Ohio, Allen County. Certiorari denied.

No. 11–1269. MOORE v. OMEGA PROTEIN, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–1291. WHITE ET AL. v. BLUE CROSS & BLUE SHIELD OF ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–1292. CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1317. BAMDAD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1323. ELLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–1326. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–1333. DAVENPORT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–1356. MEMORYLINK CORP. v. MOTOROLA, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 11–8040. HUTCHINSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–8318. CLEMENTE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 11–8371. GARCIA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–8588. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8669. CHARROS v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.